IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAS JAHMIKES MATTA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:23-cv-05227-LMM-LTW |

## **ORDER**

Pursuant to Local Rule 16.7(B)(1), N.D. Ga., and upon due consideration, it is hereby ORDERED that this case be referred for mediation before a Magistrate Judge. All deadlines and proceedings in this case are stayed pending mediation. Accordingly, the Court hereby REFERS this case to the Chief Magistrate Judge for assignment to the next available Magistrate Judge.

The Parties shall inform the Court promptly whether or not a settlement has reached within five (5) business days of the mediation. If the mediation is unsuccessful, the Parties will propose a new discovery deadline that will extend the discovery period, if necessary, from the date of the unsuccessful mediation.

SO ORDERED, this __9__ day of April, 2025.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE