IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAS JAHMIKES MATTA, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NUMBER: |
| | 1:23-CV-05227-LMM-LTW |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

# **ORDER**

The above-captioned action has been referred to the undersigned Magistrate Judge to conduct a settlement conference. The parties are **ORDERED** to appear for a video conference-based settlement conference on **Tuesday, May 20, 2025**[1] **at 9:30 a.m.**

The Court's general practice is to conduct such conferences by videoconference or, for parties without access to videoconference facilities, teleconference. The Court implemented this practice during the height of the

---

[1]If there are any conflicts with this date, the parties are directed to confer and jointly call into Chambers at 404-215-1440 with three alternative days for which they are available.

COVID-19 pandemic but has continued it as a general matter to help minimize expense for the parties and to offer ongoing health protection.

Plaintiff Ras Jahmikes Matta and representatives for the United States of America, along with counsel and any insurance carrier who may be providing coverage, must be present for the settlement conference. Participants are required to be fully available during the entire day, and to not schedule other calls or activities that will conflict with being immediately available as needed by the Court during the day of mediation.

All participants in a video conference-based mediation must have a stable internet connection and ability to connect using both audio and video. Participants must be at a stable, private location and not in a vehicle.

All parties shall be prepared to make a presentation of the facts of the case, including Plaintiff's damages and the fees and expenses that either side may seek to recover. The parties will be permitted and encouraged to express their views, and each side should be prepared to discuss with the undersigned in a breakout-session, the strongest and weakest points of their case and that of their opponents, the latest settlement proposals and the settlement proposals they will be willing to accept to conclude the matter.

Each party is to prepare a concise summary of its case, no longer than ten

(10) double-spaced pages, along with any <u>key</u> exhibits each party believes to be critical to the case. These settlement statements, are **not** filed, should be presented directly to the undersigned in chambers (Fax 404-215-1445, or Email [belqyis_evans@gand.uscourts.gov](mailto:belqyis_evans@gand.uscourts.gov)), and are not to be served upon the opposing parties. The statements are due no later than 4:00 p.m. on **Tuesday, May 13, 2025**.

In addition, at the same time the settlement statements are submitted, the parties shall submit a Joint Statement that includes the negotiation history, i.e., the offers and demands that have been exchanged thus far. The parties are specifically required to have exchanged at least two offers and demands, in good faith, prior to the submission of this statement. The settlement statement(s), the Joint Statement regarding the negotiation history, and all other communications made in connection with the settlement conference, shall be kept confidential and shall be inadmissible at trial.

**IT IS SO ORDERED** this 21st day of April, 2025.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE